**WO** JKM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerrod Len Booth, | No. CV 02-2214-PHX-MHM (DKD) |
| Plaintiff, | **ORDER** |
| vs. | |
| Joe Arpaio, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion of Inquiry and Status (Doc. #32). A Judgment of dismissal without prejudice was entered on September 5, 2003. The court of appeals dismissed Plaintiff's appeal on February 5, 2004. This Court denied Plaintiff's Motion for Reconsideration on May 14, 2004. The Court will not answer Plaintiff's questions about how he should proceed except to explain that he must not file any additional papers in this closed action. See Pliler v. Ford, 542 U.S. 225, 231 (2004) (advice to a *pro se* litigant about how he should proceed "would undermine district judges' role as impartial decisionmakers").

**IT IS ORDERED** that Plaintiff's Motion of Inquiry and Status (Doc. #32) is **granted** solely to the extent that the status of this action is explained above.

DATED this 15th day of June, 2007.

_____
Mary H. Murgula
United States District Judge